IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Criminal Case No. 07-MJ-95 (JMF) |
| | ) |
| **ANTON L. GRIFFIN,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER


    _____/s/_____
    Rita B. Bosworth
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, DC 20004
    (202) 208-7500

## CERTIFICATE OF SERVICE

I, David W. Bos, Assistant Federal Public Defender, hereby certify that I have served a copy of the foregoing Notice of Appearance upon Tasheeka Hawkins, Assistant United States Attorney, by hand delivering a copy to a receptacle at the United States District Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. provided for pleadings upon the Office of the United States Attorney, on this 25th day of January, 2007.

/s/
David W. Bos